UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:14-cv-544-FDW
(3:12-cr-139-FDW-10)

| | |
|---|---|
| ANDRES G. HERBAS, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |
| ) | |

**THIS MATTER** comes before the Court on Petitioner's Motion to Voluntarily Dismiss Petitioner's Motion to Vacate, Set Aside, or Correct Sentence brought under 28 U.S.C. § 2255. (Doc. No. 11).

**IT IS HEREBY ORDERED** that Petitioner's Motion to Voluntarily Dismiss, (Doc. No. 11), is **GRANTED**. Petitioner's § 2255 motion to vacate is **DISMISSED** without prejudice, and the Clerk shall terminate this action. Furthermore, the Clerk shall terminate Petitioner's pending Motions to Seal (Doc. Nos. 3; 6), as moot.

**IT IS SO ORDERED**.

Signed: May 19, 2015

Frank D. Whitney
Chief United States District Judge

1